1  LESLIE N. HARVEY (State Bar No. 241203)
   COVINGTON & BURLING LLP
2  One Front Street
   San Francisco, California 94111
3  Telephone:    (415) 591-7013
   Facsimile:    (415) 591-6513
4  Email:        lharvey@cov.com

5  Attorneys for Plaintiff
   THE AMERICAN AUTOMOBILE
6  ASSOCIATION, INC.

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11
   THE AMERICAN AUTOMOBILE                 Civil Case No.: 3:11-cv-01365-EMC
12 ASSOCIATION, INC.,

13        Plaintiff,                       **CONSENT ORDER OF
                                           JUDGMENT**
14        v.

15 AAA TRANSMISSION, DAVID
   RODRIGUEZ, and LILIAN RODRIGUEZ,
16
          Defendants.
17

18        **WHEREAS,** The American Automobile Association, Inc. ("AAA") has

19 brought an action in this Court against AAA Transmission, David Rodriguez, and Lilian

20 Rodriguez (the "Defendants") in which it has alleged that Defendants have knowingly

21 and willfully violated AAA's rights in its famous and distinctive AAA trademarks

22 ("AAA Marks"), in violation of the Federal Trademark Act ("Lanham Act"), 15 U.S.C.

23 §§ 1114, 1125, and Arizona state law, by registering and using the business name AAA

24 Transmission that incorporates the AAA Marks and by registering and using the domain

25 name AAATRANSHAYWARD.COM (the "Infringing Uses");

26        **WHEREAS**, the Court has jurisdiction over this civil action by virtue of

27 28 U.S.C. §§ 1331, 1338, and 1367;

28

CONSENT ORDER OF JUDGMENT

**WHEREAS**, AAA and Defendants have entered into a Confidential Settlement Agreement to resolve any and all controversies and disputes between them existing as of this date;

**WHEREAS**, pursuant to that Settlement Agreement, AAA has agreed to dismiss its claims for damages, attorneys' fees and costs;

**WHEREAS**, pursuant to that Settlement Agreement, Defendants have agreed and consented to entry by the Court of a permanent injunction restraining them from violating AAA's trademark rights; and

**WHEREAS**, Defendants waive all defenses or counterclaims which they might otherwise raise at a trial on the merits of AAA's demand for a temporary restraining order, preliminary injunction, permanent injunction, and/or damages.

**NOW THEREFORE**, Defendants consent and agree that this Court enter a judgment permanently enjoining them from unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

The Court does hereby, upon the consent of the parties, declare that a permanent injunction issue herein as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1.      That Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them;

2.      That Defendants shall transfer to AAA the domain name AAATRANSHAYWARD.COM;

3.      That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against Defendants, other than the permanent injunction granted herein, is hereby dismissed with prejudice, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violation of this Order; and

1      4.    That this case shall be closed, except that this Court shall retain

2  jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent

3  Order of Judgment.

4            ENTERED this _____27th_____ day of _____June_____, 2011.

5

6                          _____

7            United States...
          Northern Distric...

IT IS SO ORDERED
Judge Edward M. Chen

8  **BY CONSENT OF PLAINTIFF:**

9

10  Leslie N. Harvey (State Bar No. 241203)
COVINGTON & BURLING LLP

11  One Front Street

12  San Francisco, CA 94111
Telephone:  (415) 591-6000

13  Facsimile:  (415) 591-6091
Email:    lharvey@cov.com

14  *Attorney for Plaintiff*
*The American Automobile Association, Inc.*

15

16  **BY CONSENT OF DEFENDANTS:**

17

18  [INSERT ATTORNEY] Grayson S. Taketa
Address  1764 The Alameda, San Jose, CA 95126

19  Telephone:408/288-9400
Fax:    408/288-9090

20  Email:    l taketalaw@jps.net
*Attorney for Defendants AAA Transmission,*

21  *Lilian Rodriguez and David Rodriguez.*

22

23

24

25

26

27

28

CONSENT ORDER OF JUDGMENT        3